**Dorothy M. SEILER, Respondent,**

v.

**Leonard G. SEILER, Appellant.**

**No. ED 81126.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 30, 2003.

Kenneth C. McManaman, Cape Girardeau, MO, for appellant.

Chris N. Weiss, Jackson, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., and LAWRENCE G. CRAHAN and ROBERT G. DOWD, JR., JJ.

### ORDER

PER CURIAM.

Leonard G. Seiler (Husband) appeals from the judgment dissolving his marriage to Dorothy M. Seiler (Wife). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

■

**Andre FERGUSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81376.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 30, 2003.

Raymund J. Capelovitch, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J. and ROBERT G. DOWD, JR., J.

### *ORDER*

PER CURIAM.

Andre Ferguson ("Movant") appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. Movant's sole point on appeal is that his trial counsel was ineffective for not objecting to the trial court entering a judgment of murder in the second degree. We have reviewed the briefs of the parties and the record on appeal and find that the judgment is not clearly erroneous. An extended opinion would be of no precedential value. We affirm the judgment for the reasons set forth in the motion court's judgment. Rule 84.16(b).